UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

John Drobnick, Ellen Drobnick,

         Plaintiffs,                      Civil No. 06-527 (RHK/JSM)

vs.                               **DISQUALIFICATION AND**
                               **<u>ORDER FOR REASSIGNMENT</u>**

Merck & Company, Inc.,

         Defendant.

       The above-entitled matter has been assigned to the undersigned, a Judge of the above Court. Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter. Accordingly,

       **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated December 9, 2005, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment. The Clerk of Court shall not replace a card in the Master Deck for the undersigned.

       **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  February 9, 2006

                            s/Richard H. Kyle
                            RICHARD H. KYLE
                            United States District Judge